PROB 12C
(6/16)

Report Date: February 22, 2019

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2019

SEAN F. McAVOY, CLERK

Name of Offender: William Bacon Case Number: 0980 2:10CR00025-JLQ-1

Address of Offender: ███████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

Original Offense: Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence: Prison - 120 Months; Type of Supervision: Supervised Release
 TSR - 3 Years

Asst. U.S. Attorney: Timothy John Ohms Date Supervision Commenced: December 3, 2018

Defense Attorney: Matthew A. Campbell Date Supervision Expires: December 2, 2021

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition # 18:** You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence:** Mr. Bacon is alleged to have violated special condition number 18 by terminating his placement at the Spokane Residential Reentry Center on February 17, 2019.<br><br>On December 4, 2018, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to reside at the Spokane Residential Reentry Center until approved for release by the undersigned officer and additionally that he must abide by all rules and requirements of the facility.<br><br>Specifically, on Sunday, February 17, 2019, the undersigned officer received two voice mails from the client. The first voice mail, left by the client at 7:49 a.m., stated he was |

Prob12C
Re: Bacon, William
February 22, 2019
Page 2

"done with the halfway house." The client indicated he could no longer stay at the facility and there were "a lot of problems to discuss." At 8:48 a.m. the undersigned officer received a second voice mail from the client in which he indicated he had left the halfway house and what he did was "probably wrong," but that he could not stay there anymore as the situation there was nearing his need to engage in a physical altercation and he was not "catching another case."

On the day in question, the undersigned officer received an e-mail from the assistant director of the Spokane RRC who advised this officer of the client's decision to terminate his placement with the facility at approximately 7:55 a.m., after staff confiscated his cell phone for allegedly having pornography on the device. Mr. Bacon then used the house phone, packed up his belongings, and allegedly advised staff he was tired of the "BS" and left.

On February 19, 2019, the client reported to the U.S. Probation Office in Spokane, and admitted to leaving the facility, indicating he had entered into a discussion with several other clients at the facility with respect to the current political debate over whether a border wall is needed on the southern border of the United States. Mr. Bacon indicated he had become increasingly concerned the debate would turn physical and he was not willing to pick up a new charge.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/25/2019
Date