PROB 12C
(6/16)

Report Date: April 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Bacon                Case Number: 0980 2:10CR00025-JLQ-1

Address of Offender:                           Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

Original Offense:      Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:     Prison - 120 Months;          Type of Supervision: Supervised Release
                       TSR - 3 Years

Asst. U.S. Attorney:   Timothy John Ohms             Date Supervision Commenced: December 3, 2018

Defense Attorney:      Lorinda M. Youngcourt         Date Supervision Expires: December 2, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence:** Mr. Bacon is alleged to have violated mandatory condition number 4, by ingesting methamphetamine on or about March 29, 2019, based on positive urinalysis testing and the client's admission of such use.

On December 4, 2018, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Specifically, on March 29, 2019, Mr. Bacon reported to the U.S. Probation Office in Spokane, as directed, and admitted to initially relapsing on methamphetamine on or about Monday (March 25, 2019), with his last use of the substance occurring on Thursday (March 28, 2019). Mr. Bacon admitted to ingesting the product on approximately six separate

occasions over the aforementioned period of time, but indicated he could cease his use, advising he had in essence already done so, since Thursday. Mr. Bacon did submit to urinalysis testing, the results of which were presumptive positive for methamphetamine, consistent with the client's admission. Mr. Bacon signed a drug use admission form documenting his use of illicit substances most recently occurring on or about March 28, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 1, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[×] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[×] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/1/2019
Date