PROB 12C
(6/16)

Report Date: May 1, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Bacon | Case Number: 0980 2:10CR00025-JLQ-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 Months;<br>TSR - 3 Years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: December 3, 2018 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: December 2, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2019, and 04/01/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Bacon is alleged to have violated mandatory condition number 3, by ingesting marijuana on or about April 19, 2019, based on positive urinalysis testing and the client's admission of such use.<br><br>On December 4, 2018, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.<br><br>Specifically, and as the Court may recall, Mr. Bacon previously reported to the U.S. Probation Office in Spokane, on April 17, 2019, at which time he reaffirmed his recent use of methamphetamine occurring most recently on April 12, and then again on April 13, 2019, almost immediately following his appearance before the Court, occurring on April 10, 2019. |

Prob12C
**Re: Bacon, William**
May 1, 2019
Page 2

In response to the client's conduct, inpatient placement was discussed with the client who committed to attending services, if afforded. On April 19, 2019, the Court graciously approved a modification of conditions in this case seeking inpatient placement services and the client entered into inpatient services at Pioneer Center East in Spokane, on the day in question.

On April 22, 2019, the undersigned officer received notification from Pioneer Human Services in Spokane, that the client had presented on April 19, 2019, for random urinalysis testing, and had submitted a urinalysis sample that was presumptive positive for marijuana. A drug use admission form was subsequently received from the provider in which the client signed his name, serving to document his use of marijuana previously occurring on or about April 18, 2019.

On April 29, 2019, the undersigned officer met with the client at Pioneer Center East in Spokane, at which time he admitted to using marijuana on or about April 18, 2019, stating he had given up on himself and was at the time ambivalent about reporting for inpatient services.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 1, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/2/19
Date