Report Date: August 12, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 15 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Bacon | Case Number: 0980 2:10CR00025-JLQ-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 Months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: December 3, 2018 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: December 2, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2019, 04/01/2019, and 05/01/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Bacon is alleged to have violated mandatory condition number 3, by ingesting methamphetamine on or about August 5, 2019, based on positive urinalysis testing and the client's admission of such use.

On December 4, 2018, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. Probation officer that he was required to refrain from the use of illicit substances.

On August 5, 2019, the undersigned officer received notification from Pioneer Human Services that the client had failed to appear for random urinalysis testing with the contract provider when his color was previously called on August 1, 2019. In response, the undersigned officer left a voice mail for the client directing him to report to the U.S. Probation Office to submit to urinalysis testing.

Prob12C
Re: Bacon, William
August 12, 2019
Page 2

On August 5, 2019, Mr. Bacon reported as directed, and submitted to urinalysis testing, the results of which showed presumptive positive for amphetamine and methamphetamine. When questioned, Mr. Bacon admitted to using methamphetamine, most recently occurring on August 2, 2019, after he hit a period of cut off thinking. Mr. Bacon subsequently signed a drug use admission form serving to document his previous use of methamphetamine as disclosed to this officer, and as referenced herein.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/15/19
Date