PROB 12C
(6/16)

Report Date: January 28, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Bacon          Case Number: 0980 2:10CR00025-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

Original Offense:        Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:       Prison - 120 Months;            Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Timothy John Ohms               Date Supervision Commenced: December 3, 2018

Defense Attorney:        Lorinda Meier Youngcourt        Date Supervision Expires: December 2, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/22/2019, 04/01/2019, 05/01/2019, 08/12/2019, and 01/07/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Bacon is alleged to have violated mandatory condition number 2 by being arrested in Spokane, Washington, on January 15, 2020, with charges now being requested for Failure to Register as Sex or Kidnapping Offender, in violation of 9A.44.132, a Class C felony. |
| | On December 4, 2018, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state or local crimes. Mr. Bacon was additionally advised of his requirement to register as a sex offender. |
| | Specifically, and as previously reported to the Court on the petition dated January 7, 2020, Mr. Bacon is alleged to have moved from his previously known place of residence, on or about January 6, 2020, by removing all personal property and by not residing at the address for approximately 5 days previous, or thereafter. On January 8, 2020, a warrant was issued |

Prob12C
Re: Bacon, William
January 28, 2020
Page 2

by the Court for Mr. Bacon's arrest given the conduct as outlined in the aforementioned petition. On January 15, 2020, Mr. Bacon was arrested in Spokane, Washington.

On January 22, 2020, a charging request and affidavit of facts was received from the Spokane County Sheriff's Office relative to this offense and outlining the evidence, witness testimony, and subsequent charges now being recommended to the Spokane County Superior Court noting probable cause now exists to charge the client with a violation of failure to register as sex or kidnapping offender.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 28, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/30/2020
Date