AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 08, 2020**

SEAN F. McAVOY, CLERK

United States of America
v.
William Bacon

)
)
)
)
)
)
)

Case No.  2:10CR00025-JLQ-1

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                          William Bacon                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed 4/10/2020.

Date: Apr 10, 2020, 3:10 pm

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/10/20, and the person was arrested on *(date)* 9/2/20
at *(city and state)* Shelton, WA

Date: 9/2/20

By: USMS
(Agency)  Arrested within the W/WA
Executed On: 9/2/20
Sign: Reagan K. Harris  USMS

*Arresting officer's signature*
*Printed name and title*