PROB 12C
(6/16)

Report Date: April 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Bacon | Case Number: 0980 2:10CR00025-JLQ-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 27, 2020) | Prison - 57 Days; TSR - Continue on Supervision until December 2, 2021. | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: March 12, 2020 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: December 2, 2021 |

### PETITIONING THE COURT

To issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| 2 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Mr. Bacon is alleged to have violated standard condition number 5 by not staying at his address of record since Thursday, April 2, 2020, and standard condition number 13 by failing to advise the undersigned officer of any need to reside at any address other than that of his address of record, as previously instructed by the undersigned officer. |

Prob12C
**Re: Bacon, William**
**April 10, 2020**
**Page 2**

On March 12, 2020, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to advise the undersigned officer at least 10 days in advance prior to any change in residence or employment. Mr. Bacon was additionally provided with verbal instruction to advise the undersigned officer any time it became necessary or desirable to reside anywhere other than his assigned residence, even if only temporarily.

Specifically, on April 7 and 8, 2020, the undersigned officer was made aware by the client's assigned chemical dependency counselor that the client had failed to participate by video in his assigned chemical dependency groups as previously scheduled to occur on April 7 and 8, 2020, respectively. In response, the undersigned officer attempted to contact the client by text message on April 7, 8 and 9, 2020, and telephonically on April 8 and 9, 2020, in which voice mails were left for the client seeking contact. Mr. Bacon subsequently failed to respond to the undersigned officer's attempts to contact him.

On April 8, 2020, the undersigned officer contacted the client's current housing provider in an effort to contact the client. The provider committed to reviewing current video footage at that location in an attempt to locate the client. On April 9, 2020, the contact advised the undersigned officer that the client had not been seen entering or departing from the residence since Thursday, April 2, 2020. The party additionally advised he had made contact with the client's roommate who verified he had not seen the client since the morning of April 2, 2020.

As a direct result of the client's conduct, Mr. Bacon's current whereabouts, and ultimately his current level of compliance with his conditions of supervised release, are unknown to the undersigned officer.

3   **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Bacon is alleged to have violated standard condition number 13 by failing to contact the undersigned officer on April 8 and 9, 2020, as directed.

On March 12, 2020, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to follow all instructions of the undersigned officer as they relate to his conditions of supervision.

Specifically, on April 7 and 8, 2020, the undersigned officer was made aware by the client's assigned chemical dependency counselor that the client had failed to participate by video in his assigned chemical dependency groups as previously scheduled to occur on April 7 and 8, 2020, respectively. In response, the undersigned officer sent the client a text message on April 7, 2020, in an effort to confirm he had in fact missed the group to which the client failed to respond. On April 8, 2020, Mr. Bacon was sent a text message and left a voice mail requesting a return call given his apparent missed treatment sessions. Mr. Bacon again failed to respond to the request for contact. On April 9, 2020, at 9:18 a.m., Mr. Bacon was again sent a text message and left a voice mail, this time directing the client to contact the undersigned officer prior to 12 p.m. on the day in question. All identified requests as stated herein have since gone without response.

Prob12C
**Re: Bacon, William**
**April 10, 2020**
**Page 3**

As a direct result of the client's conduct, Mr. Bacon's current whereabouts and ultimately his current level of compliance with his conditions of supervised release is unknown to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 10, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/10/2020
Date