PROB 12C
(6/16)

Report Date: April 27, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Bacon                                Case Number: 0980 2:10CR00025-JLQ-1

Address of Offender:                                                              Ephrata, WA 98823

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

Original Offense:         Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:        Prison - 120 Months                    Type of Supervision: Supervised Release
                          TSR - 36 Months

Revocation Sentence:      Prison - 57 Days
(February 27, 2020)       TSR - Continue on Supervision
                          until December 2, 2021.

Asst. U.S. Attorney:      Timothy John Ohms                      Date Supervision Commenced: March 12, 2020

Defense Attorney:         Matthew A. Campbell                    Date Supervision Expires: December 2, 2021

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/10/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Bacon is alleged to have violated mandatory condition number 1 by failing to register a change of address on or about April 9, 2020, in Spokane County, with charges now being requested by the Spokane Police Department for Failure to Register as Sex or Kidnaping Offender, in violation of 9A.44.132, a Class C felony.<br><br>On March 12, 2020, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1 indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state or local crimes. Mr. Bacon was additionally advised of his requirement to register as a sex offender. |

Prob12C
Re: Bacon, William
April 27, 2020
Page 2

Specifically, and as previously reported to the Court on the petition dated April 10, 2020, Mr. Bacon is alleged to have moved from his previously known place of residence on or about April 9, 2020.

On April 10, 2020, a warrant was issued by the Court for Mr. Bacon's arrest, given the conduct as outlined in the aforementioned petition. On April 23, 2020, a charging request and affidavit of facts were received from the Spokane Police Department relative to this offense and outlining the evidence, witness testimony, and subsequent charges now being recommended to Spokane County Superior Court, noting probable cause now exists to charge the client with a violation of failure to register as sex or kidnaping offender.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 27, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/27/2020
Date