PROB 12C
(6/16)

Report Date: April 28, 2020

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Bacon | Case Number: 0980 2:10CR00025-JLQ-1 |
| Address of Offender: | Ephrata, WA 98823 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 6, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 27, 2020) | Prison - 57 Days; TSR - Continue on Supervision until December 2, 2021. | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: March 12, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 2, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/10/2020, and 04/27/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Bacon is alleged to have violated mandatory condition number 1 by being arrested by the Washington State Patrol on April 26, 2020, for Attempting to Elude a Police Vehicle, in violation of R.C.W. 46.61.024, a Class C felony, and Reckless Driving, in violation of 46.61.500, a gross misdemeanor.

On March 12, 2020, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1 indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state or local crimes.

According to received police reports, on April 26, 2020, at approximately 12:55 a.m., a Washington State Patrol trooper traveling eastbound on Interstate 90 near milepost 168

acquired a speed reading of 90 miles per hour in a 70 miles-per-hour zone on a vehicle traveling westbound. The trooper used the next median turnaround, approximately a 1/4 to a ½ mile away, and attempted to catch up with the vehicle in question. The trooper accelerated to 125 miles per hour, but observed that he was not catching the vehicle as quickly as he should if the vehicle remained as traveling at 90 miles per hour. A second Washington State Patrol trooper who was traveling eastbound on Interstate 90 subsequently received a speed reading of 111 miles per hour on the vehicle. The trooper himself, as he slowly caught up to the vehicle, was able to acquire a rate of speed on the vehicle of 110 miles per hour, and noted they remained in a 70 miles-per-hour zone. The trooper activated his emergency equipment and observed that the vehicle remained at a "constant speed" of 110 miles per hour as the trooper continued his pursuit of the vehicle west. The trooper then noted the vehicle's taillights to no longer be illuminated.

As the vehicle approached mile marker 153, the trooper noted the vehicle "abruptly" changed lanes to get a round another vehicle, only to cut the vehicle off and then shortly thereafter take exit 152 toward state route 283. Upon approaching the end of the off ramp, the trooper briefly lost sight of the vehicle and made a left turn toward the direction in which the vehicle had traveled. A large cloud of dust was discovered where the client's vehicle was observed to have left the roadway, made a u-turn and was now heading directly toward the trooper. The trooper pulled in front of the vehicle and the vehicle came to a stop on the shoulder. Mr. Bacon was subsequently identified and taken into custody without incident.

According to the police report, due to Mr. Bacon driving 110 miles per hour in a 70 miles-per-hour zone, turning off his taillights, swerving around traffic, and "taking evasive maneuvers" to avoid being pulled over, he was arrested for attempting to elude police vehicle and reckless driving.

| | |
|---|---|
| 6 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: Mr. Bacon is alleged to have violated standard condition number 8 by being in the company of a party known to the client to be a convicted felon on or about April 26, 2020.

On March 12, 2020, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1 indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to refrain from contact with any party known to him to have a felony record unless permission was sought from his supervising officer.

Specifically, on April 26, 2020, Mr. William Bacon was arrested by the Washington State Patrol for attempting to elude law enforcement and reckless driving. Upon the client's arrest by law enforcement, a party known to the client to have a criminal record was located with the client and in the passenger seat of the vehicle.

It should be noted that in July 2019, during a previous term of supervised release, Mr. Bacon had advised the undersigned officer of his intent to utilize the party in question as a part of

Prob12C
**Re: Bacon, William**
**April 28, 2020**
**Page 3**

his required treatment triads with his primary outpatient chemical dependency treatment provider. Following a review of the individual's criminal history, and previously occurring on July 24, 2019, Mr. Bacon was advised that contact with the party would not be approved due to his significant and continuing criminal history and conduct. Mr. Bacon committed at that time to have no further contact with the party given his history.

7    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bacon is alleged to have violated special condition number 5 by ingesting marijuana on or about April 26, 2020, by admitting to law enforcement his previous use of marijuana on the night of his arrest by law enforcement occurring on April 26, 2020.

On March 12, 2020, Mr. William Bacon signed his conditions relative to case number 2:10CR00025-JLQ-1 indicating he understood all conditions as ordered by the Court. Specifically, Mr. Bacon was made aware by his U.S. probation officer that he was required to refrain from any use of any illegal controlled substance.

Specifically, on April 26, 2020, Mr. William Bacon was arrested by the Washington State Patrol for attempting to elude law enforcement and reckless driving. Upon the client's arrest by law enforcement, Mr. Bacon was questioned on any use of alcohol or marijuana on the night in question to which Mr. Bacon responded he had an "airplane sized bottle and marijuana" before leaving Spokane. Mr. Bacon declined to submit to a voluntary field sobriety test.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 28, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Bacon, William**
**April 28, 2020**
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/28/2020

Date